IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAVANTE STOKER | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv339 |
| SHERIFF, JEFFERSON COUNTY | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Petitioner Javante Stoker, proceeding *pro se*, filed this petition for writ of habeas corpus. The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge.  The Magistrate Judge recommends that the petition be dismissed without prejudice for failure to exhaust state court remedies.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Proper notice was given to petitioner at his last known address.  *See* FED. R. CIV. P. 5(B)(2)(C).  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge (doc. no. 4) is **ADOPTED** as the opinion of the Court.  A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 24th day of August, 2021.**

Michael J. Truncale
United States District Judge